## NEW ORLEANS AND CARROLLTON RAILROAD COMPANY v. PATTON et al.

Decisions in *Hepburn* v. *Ratliff*, ante p. 331, and *Bird* v. *McCalop*, ante p. 353, affirmed.

APPEAL from the District Court of Carroll, Curry, J. *Benjamin* and *Micou*, for the plaintiffs. *Stacy* and *Sparrow*, for the defendants. The judgment of the court was pronounced by

EUSTIS, C. J.* This case turns upon the rules laid down by this court in the cases of *Hepburn et al.* v. *Ratliff et al.* ante p. 331, and *Bird* v. *McCalop*, ante p. 353, recently decided. The judgment is, therefore, affirmed, with costs.

---

## NEW ORLEANS AND CARROLLTON RAILROAD AND BANKING COMPANY v. PATTON et al.

Where no issue has been joined, nor judgment by default taken, no judgment can be rendered against the defendant.

APPEAL from the District Court of Carroll, Curry, J. *Benjamin* and *Micou*, for the plaintiffs. *Stacy* and *Sparrow*, for the appellants. The judgment of the court was pronounced by

EUSTIS, C. J.* In this case there was no issue joined nor judgment by default taken, and the court erred in rendering judgment against the defendants.

The judgment of the District Court is therefore reversed, and the case remanded for further proceedings; the costs of the appeal and those of the court incurred after the service of the petition and citation on the defendants, to be paid by the plaintiffs and appellees.

---

*SLIDELL, J., being interested, recused himself, and did not sit on the trial of these cases.